**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MARCOS MUNOZ, | ) | NO. CV 18-7260-CJC (KS) |
|     Petitioner, | ) | |
| v. | ) | JUDGMENT |
| WARDEN, | ) | |
|     Respondent. | ) | |

Pursuant to the Court's Order, IT IS ADJUDGED that this action is dismissed without prejudice.

DATED: November 8, 2018

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE